

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00097-CV
Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

 Extension of time to file the court reporter's record is this date NOTED. Time is extended to Thursday, April 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
  KEITH E. HOTTLE
  CLERK OF COURT

cc: Floyd Contreras
417 San Pedro Ave
San Antonio, TX 78212

Mary Helen Vargas
100 Dolorosa St, 4th Fl.
San Antonio, TX

Deborah Lynne Klein
City Hall - 3rd Floor
San Antonio, TX 78283-3966

Ricky James Poole
8000 IH 10 W, Ste. 600
San Antonio, TX 78230-3887

Ronald Prince
417 San Pedro Ave
San Antonio, TX 78212-5554

Donna Kay McKinney
Bexar County-District Clerk
101 W. Nueva
San Antonio, TX 78205

Mark Kosanovich
PO Box 831121
San Antonio, TX 78283